

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DENNIS EDWARD RAYNER,<br>EVEN BETTER LOGISTICS, LLC, and<br>MICHELLE CORA CROOM,<br><br>    Appellants,<br><br>v.<br><br>RONNIE CLAXTON and<br>SANDRA CLAXTON,<br><br>    Appellees. | §<br><br>§<br><br>§<br><br>§<br><br>§<br><br>§<br><br>§ | No. 08-20-00145-CV<br><br>Appeal from the<br><br>353rd District Court<br><br>of Travis County, Texas<br><br>(TC# D-1-GN-19-000281) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the judgment based on the legal and factual insufficiency evidence against Michelle Cora Croom, in her individual capacity. We therefore reverse that part of the judgment of the court below and render judgment setting aside the findings of the jury based upon the legal and factual insufficiency evidence against Michelle Cora Croom.

We further order that there was error in that part of the judgment as to the independent theories of negligence against Even Better Logistics, LLC. We therefore reverse that part of the judgment of the court below and render judgment setting aside the findings of the jury based upon legal and factual insufficiency of the evidence against Even Better Logistics, LLC.

We further order that there was error in that part of the judgment as to the independent theories of negligence against Dennis Edward Rayner. We therefore reverse that part of the judgment of the court below and render judgment setting aside the findings of the jury based upon legal and factual insufficiency of the evidence against Dennis Edward Rayner.

It is further ordered we reverse and remand this cause for new trial for Appellee's remaining causes of action against Dennis Edward Rayner and their Respondeat Superior claim against Even Better Logistics, LLC.

We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2022.


                                                    YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox and Alley, JJ.
Palafox, J., Concurring and Dissenting